**STATE of Missouri, Respondent,**

v.

**Larry SMITH, Appellant.**

No. WD 48698.

Missouri Court of Appeals,
Western District.

Nov. 14, 1995.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Larry Smith appeals his conviction for selling a controlled substance within 1000 feet of a school, § 195.214, RSMo 1994, and denial of his Rule 29.15 motion for post-conviction relief. Finding no jurisprudential purpose in publishing a written opinion, we issue this summary order. Rules 30.25(b) and 84.16(b).